**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 05-66153 |
| | : | |
| MCCUMBER, STEVE ALLEN | : | Chapter 7 |
| MCCUMBER, LORETTA MARIE | : | |
| Debtor. | : | Judge Charles M. Caldwell |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $491.77 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Citibank S Dakota NA<br>Assoc/BP Amoco Pymt Center<br>4300 Westown Pkwy<br>West Des Moines IA  50266 | 7 | $233.60 |
| Citibank S Dakota NA<br>Assoc/BP Amoco Pymt Center<br>4300 Westown Pkwy<br>West Des Moines IA  50266 | 8 | $258.17 |

| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $0.00 | $491.77 |

Dated: June 4, 2010

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:    United States Trustee

3818833v1

Claim 00000007, Payment 100.0000%

**BANK OF AMERICA, N.A.**

DAVID M. WHITTAKER, CH 7 TRUSTEE  
100 SOUTH THIRD STREET  
COLUMBUS, OH 43215

32-1/1110 TX 0

CHECK NUMBER
**112**

| DATE | AMOUNT |
|---|---|
| 06/04/10 | *********233.60 |

**2385280**

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT  
170 NORTH HIGH STREET  
COLUMBUS OH 43215

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 05-66153 | CMC | Debtor: MCCUMBER, STEVE ALLEN |
| | | Joint Debtor: MCCUMBER, LORETTA MARIE |

*Two Hundred Thirty Three Dollars And 60/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE  
THIS CHECK VOID AFTER 90 DAYS

⑈000112⑈ ⑆111000012⑇ 4437155841⑈

| Date: 06/04/10 | Check Number: 112 | Amount: 233.60 |
|---|---|---|
| Case Number: 05-66153 CMC | | |
| Debtor Name: MCCUMBER, STEVE ALLEN | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>170 NORTH HIGH STREET<br>COLUMBUS OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description: Claim 00000007, Payment 100.0000%

Bank Account Number: 4437155841

| Claim 00000008, Payment 100.0000% | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
|---|---|---|
| DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | 32-1/1110 TX 0 | **113** |

| DATE | AMOUNT |
|---|---|
| 06/04/10 | *********258.17 |

**2385281**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-66153   CMC | Debtor: MCCUMBER, STEVE ALLEN<br>Joint Debtor: MCCUMBER, LORETTA MARIE |

UNITED STATES BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS OH 43215

*Two Hundred Fifty Eight Dollars And 17/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000113⑈ ⑆111000012⑆ 4437155841⑈

---

| Date: 06/04/10 | Check Number:  113 | Amount:   258.17 |
|---|---|---|

Case Number:  05-66153     CMC
Debtor Name:  MCCUMBER, STEVE ALLEN

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>170 NORTH HIGH STREET<br>COLUMBUS OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description:   Claim 00000008, Payment 100.0000%

Bank Account Number:   4437155841