# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 05-66153 |
| | : | |
| MCCUMBER, STEVE ALLEN | : | Chapter 7 |
| MCCUMBER, LORETTA MARIE | : | |
| Debtor. | : | Judge Charles M. Caldwell |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $7,724.52 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Citifinancial Inc.<br>P.O. Box 70923<br>Charlotte, NC  28272-0923 | 10 | $7,724.52 |

| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $ _____ | $ 7,724.52 |

Dated: October 15, 2010

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:     United States Trustee

4073110v1

Claim 00000010, Payment 66.7009%
CITIFINANCIAL INC
Unclaimed Funds

**BANK OF AMERICA, N.A.**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX
0

CHECK NUMBER
**114**

| DATE | AMOUNT |
|---|---|
| 10/15/10 | *******7,724.52 |

**2496032**

PAY TO THE ORDER OF

CLERK, U.S. BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS, OH 43215

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-66153 CMC | Debtor: MCCUMBER, STEVE ALLEN |
| | Joint Debtor: MCCUMBER, LORETTA MARIE |

*Seven Thousand Seven Hundred Twenty Four Dollars And 52/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000114⑈ ⑆111000012⑆ 4437155841⑈

| Date: 10/15/10 | Check Number: 114 | Amount: 7,724.52 |
|---|---|---|
| Case Number: 05-66153 CMC | | |
| Debtor Name: MCCUMBER, STEVE ALLEN | | |

| Paid To: | CLERK, U.S. BANKRUPTCY COURT<br>170 NORTH HIGH STREET<br>COLUMBUS, OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description: Claim 00000010, Payment 66.7009% CITIFINANCIAL INC
Unclaimed Funds

Bank Account Number: 4437155841